



**Mark Klapow**
MKlapow@crowell.com
(202) 624-2975  direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500  main
+1.202.628.5116  fax

November 29, 2023

**VIA ECF**

Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:    Mercantile Global Holdings v. Hamilton M&A Fund, SP, Civil Action 1:23-cv-08446-DEH**

To the Honorable Judge Ho:

This law firm represents Petitioner Mercantile Global Holdings ("Petitioner") in the above-referenced matter.  The Court issued an Order for a pretrial conference on December 6, 2023, and to file to a joint letter regarding case management, scheduling, and related case information.

Petitioner's petition, however, was brought to confirm an arbitration award.  There will be no trial or discovery, and thus the Case Management and Scheduling letter seems incongruent. Ordinarily in petitions to confirm an award, a court would review the petitioner's petition (which attaches the award) and respondent's responsive briefing and render judgment unless additional briefing is requested.  Respondent's responsive briefing is due December 6, 2023, the same date as the currently scheduled pretrial conference.

Given this, Petitioner respectfully requests to be relieved from the pretrial obligations and cancel the December 6, 2023 hearing.  Petitioner appreciates the Court's attention to this matter and is available to provide any further requested information on this matter.

Respectfully submitted,

/s/ Mark Klapow
Mark Klapow
Crowell & Moring LLP

Application **GRANTED.**  The conference scheduled for **December 6, 2023,** is **CANCELLED.**  So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 9.

Dale E. Ho
United States District Judge
Dated: November 30, 2023
New York, New York

crowell.com