UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MERCANTILE GLOBAL HOLDINGS, INC.,

                 Petitioner,                 23 **CIVIL** 8446 (DEH)

       -against-                            **JUDGMENT**

HAMILTON M&A FUND, SP,

                 Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 03, 2024, Respondent's motion to vacate the Award is DENIED and Petitioner's petition to confirm the award is GRANTED. The parties' motions to seal the exhibits filed in connection with the petition and the motion to vacate are addressed by a separate order; accordingly, the case is closed.

**Dated**: New York, New York
         May 03, 2024

                                                    **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**

                                                           *[signature]*

                                                          **Deputy Clerk**